# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2485

_____

| | | |
|---|---|---|
| Fred DuVall, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Van Buren County, Arkansas; | * | |
| Department of Justice; Dale Lynch, | * | Appeal from the United States |
| in his capacity as County Judge for Van | * | District Court for the |
| Buren County, Arkansas and as ADA | * | Eastern District of Arkansas. |
| Coordinator; Janet Reno, in her | * | |
| capacity as Attorney General of the | * | [UNPUBLISHED] |
| United States; Brenda A. Sheppard, | * | |
| Investigator for the Disability Rights | * | |
| Section, Civil Rights Division, | * | |
| Department of Justice, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 26, 2000
Filed: August 1, 2000

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Fred DuVall appeals the District Court's[1] order granting defendants a second injunctive-hearing continuance in his action requesting injunctive and declaratory relief. Because the District Court's continuance order did not grant or deny, or have the practical effect of granting or denying, an injunction, see 28 U.S.C. § 1292(a)(1) (1993), Kausler v. Campey, 989 F.2d 296, 298-99 (8th Cir. 1993), it is unreviewable by this Court. We thus dismiss the appeal for lack of jurisdiction. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.